IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLENN LEE TRIBBLE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-559-M |
| ) | |
| DEPUTY NFN WILLIAMS, ET AL., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's claims against Deputy Williams shall proceed and the Clerk is directed to issue summons and the United States Marshal's Service shall serve process on Deputy Williams. Plaintiff's remaining claims are dismissed with prejudice as frivolous.

After docketing, this action shall be referred to the Magistrate Judge for further proceedings and/or findings and recommendation.

SO ORDERED this 24th day of June, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS